UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

JAMES BROWN,

        Plaintiff,        Case No. 1:21-cv-836

v.        Honorable Phillip J. Green

IONIA CORRECTIONAL FACILITY,

        Defendant.
_____/

**JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  December 30, 2021        /s/ Phillip J. Green
                                                            PHILLIP J. GREEN
                                                            United States Magistrate Judge